**United States Bankruptcy Court**
**Northern District of Georgia**

In re   Patak Meat Products, Inc                                              Case No.   26-52829
                                        Debtor(s)                             Chapter    7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Melanie Patak, declare under penalty of perjury that I am the Owner of Patak Meat Products, Inc, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 1 day of February, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Melanie Patak, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Melanie Patak, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Melanie Patak, Owner of this Corporation is authorized and directed to employ Ian Falcone 254470 , attorney and the law firm of The Falcone Law Firm, PC to represent the corporation in such bankruptcy case."

Date March 2, 2026                                      Signed /s/ Melanie Patak    *Melanie Patak* (signature)
                                                                Melanie Patak

Resolution of Board of Directors
of
Patak Meat Products, Inc

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Melanie Patak, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Melanie Patak, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Melanie Patak, Owner of this Corporation is authorized and directed to employ Ian Falcone 254470, attorney and the law firm of The Falcone Law Firm, PC to represent the corporation in such bankruptcy case.

Date March 2, 2026          Signed /s/ Melanie Patak    *Melanie Patak*
                                    Melanie Patak

Date _____, 2026      Signed _____